IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES SANDERS,

    Petitioner,

v.                                CASE NO. 4:07cv206-RH/WCS

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 22) and the petitioner's objections (documents 23). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The petition challenging Petitioner's conviction in the Circuit Court of Liberty County, Florida, case number 01-CF-045, is DENIED with prejudice. The clerk must enter judgment and close the file.

SO ORDERED on September 24, 2008.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge